UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jennifer Collishaw, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>vs.<br><br>Cooperative Regions of Organic Producer Pools,<br><br>   Defendant. | 7:20-cv-00277 (VB)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Rory F. Collins of Faegre Drinker Biddle & Reath LLP hereby enters his appearance on behalf of Cooperative Regions of Organic Producer Pools.

Dated:  May 27, 2020

*s/ Rory F. Collins*
Rory F. Collins (NY Bar. No. 5549670)
FAEGRE DRINKER BIDDLE &
REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Fax: (612) 766-1600
rory.collins@FaegreDrinker.com

*Attorney for Defendant Cooperative Regions of Organic Producer Pools*