United States District Court
Southern District of New York

7:20-cv-00277-VB

Jennifer Collishaw, individually and on
behalf of all others similarly situated,

                   Plaintiff,

        - against -

Cooperative Regions of Organic Producer
Pools,

                 Defendant

Notice of Voluntary Dismissal

       Plaintiff gives notice this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   September 22, 2020

                             Respectfully submitted,

                             Sheehan & Associates, P.C.

                             /s/Spencer Sheehan

                             Spencer Sheehan
                             60 Cuttermill Rd Ste 409
                             Great Neck NY 11021-3104
                             Tel: (516) 303-0552
                             Fax: (516) 234-7800
                             spencer@spencersheehan.com
                             E.D.N.Y. # SS-8533
                             S.D.N.Y. # SS-2056

7:20-cv-00277-VB
United States District Court
Southern District of New York

Jennifer Collishaw, individually and on behalf of all others similarly situated,

Plaintiff,

- against -

Cooperative Regions of Organic Producer Pools,

Defendant

## Notice of Voluntary Dismissal

```
Sheehan & Associates, P.C.
 60 Cuttermill Rd Ste 409
Great Neck NY 11021-3104
   Tel: (516) 303-0552
   Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated:  September 22, 2020

/s/ Spencer Sheehan
Spencer Sheehan

Certificate of Service

I certify that on September 22, 2020, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan
Spencer Sheehan